Case 2:19-cv-06158-SB-PLA   Document 65   Filed 04/25/21   Page 1 of 1   Page ID #:329

FILED
CLERK, U.S. DISTRICT COURT
April 25, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.S.M.V., V.R.V., A.C.V., Minors, by and through their guardian ad litem VICTORIA K. CASTRO, successors in interest to ADRIAN VILCHES,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:19-CV-06158-SB-PLA<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY ORDERED, following stipulation of counsel, that the above-entitled action is dismissed in its entirety, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1). All parties to bear their own attorney's fees and costs.

IT IS SO ORDERED.

DATED: April 23, 2021

*SBCB* (signature)

_____
Stanley Blumenfeld, Jr.
United States District Judge

- 1 -

ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE